IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NANCY LOPEZ-BAEZ,

    Plaintiff,

        v.

CARMEN MELENDEZ, *et al.*,

    Defendants.

CIVIL NO. 23-1037 (JAG)

## PARTIAL JUDGMENT

    Pursuant to this Court's Order, Docket No. 12, Partial Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiff's claims against Zurich Insurance Company without the imposition of costs or attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, April 24, 2023.

                                                s/ Jay A. Garcia-Gregory
                                                JAY A. GARCIA-GREGORY
                                                U.S. DISTRICT JUDGE