IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NANCY LOPEZ-BAEZ,<br><br>**Plaintiff,**<br><br>v.<br><br>CARMEN MELENDEZ, *et al.*,<br><br>**Defendants.** | CIVIL NO. 23-1037(JAG) |

## PARTIAL JUDGMENT

Pursuant to Plaintiff's Motion for Partial Voluntary Dismissal, Docket No. 49, and this Court's Order, Docket No. 50, Partial Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiff's direct actions against Zurich Insurance PLC, Spain Branch and Zurich Insurance Company, without the imposition of attorney fees or costs.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Wednesday, October 25, 2023.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE