IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NANCY LOPEZ-BAEZ,

    **Plaintiff**,

        v.

CARMEN MELENDEZ, *et al.*,

    **Defendants.**

CIVIL NO. 23-1037(JAG)

## JUDGMENT

Pursuant to Plaintiff's Motion for Voluntary Dismissal, Docket No. 132, and this Court's Order, Docket No. 134, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case without the imposition of attorney's fees or costs. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Friday, December 12, 2025.

                                                    s/ Jay A. Garcia-Gregory
                                                    JAY A. GARCIA-GREGORY
                                                    U.S. DISTRICT JUDGE